FILED
OCT 17 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:24-CT-3259-BO
(To be filled out by Clerk's Office only)

Larry Junior Meris

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 1260205

# COMPLAINT

(*Pro Se* Prisoner)

-against-

Jury Demand?
☑ Yes
☐ No

Domanick Smith,
Stephen Fonville,
Holder,
Hackney, Hutchinson,

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
- ☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
- ☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Larry J. Meris
Name

1260205
Prisoner ID #

Maury Correctional
Place of Detention

P.O. Box 506
Institutional Address

| | | |
|---|---|---|
| MAury | NC | 28544 |
| City | State | Zip Code |

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐ Pretrial detainee ☐ State ☐ Federal
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Domanick Smith
Name

UNIT MANAGER,
Current Job Title

Po Box 506
Current Work Address

MAury | NC | 28554
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Stephen Fonville
Name

UNIT MANAGER
Current Job Title

Po Box 506
Current Work Address

MAury | NC | 28554
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: Holder
Name

CO, Correctional officer
Current Job Title

Po Box 506
Current Work Address

| MAury | NC | 28554 |
|---|---|---|
| City | State | Zip Code |

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: Hackney
Name

CAPtAiN
Current Job Title

Po Box 506
Current Work Address

| MAury | NC | 28854 |
|---|---|---|
| City | State | Zip Code |

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 5: Hutchinson
Name

Sergant SGT
Current Job title

Po Box 506
Work Adress

| MAury, | NC | 28854 |
|---|---|---|
| City | State | zip |

## V. STATEMENT OF CLAIM

Place(s) of occurrence: MAury Correction, GRAY UNIT Wreck YARD, HALLWAY, Lower RED

Date(s) of occurrence: 6-4-24

State which of your federal constitutional or federal statutory rights have been violated:

eigth Amendment (8th) Cruel and unusual punishments Clause

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

ON June 4th, 2024, UNIT MANAGER DOMANICK SMITH and stephen Fonville used excessive force physically by punching, kicking with boots, kneeing, elbow, to me Also Attempting to SNAP fingers/wrist, Along with Co holder Also, Co Holder was involved he Also DID these same things to me with other Defendants together, Captain Hackney And sergant Hutchinson was both supervisors they had Direct knowledge and they DID not intervene to prevent the misuse of force, Most of this incident was on camera, I went to medical got pain treatment

And then DID emergency from injurys next Day 6-5-24 6-6-24, got xrays then later continue to Do sickcalls got seen, The Actions brought by the Defendants caused the following injurys to me - swollen Head, eye Bruising, Busted eye Blood vessels, split lip, swollen, crooked painfull fingers, Lacerations Bleeding infected wrist from cuffs which still have the scars, Bruising to legs, Arms, face, hands, shoulders

| | |
|---|---|
| What happened to you? | I WAS ON GRAY UNIT WRECK OUTSIDE RECREATION, I refused to cuff up so A DISTRACTION TEAM WAS CALLED to come get me, when they came in I WAS AGAINST the WALL WITH A shield on me, I surrendered went to the ground, I WAS not ressisting the Defendants punched me with Gloves with plastic knuckle grips, they kneed me with there knees, they kicked me, they elbowed me, they pulled ALL my fingers back and wrist FAR AS CAN go, they continue to Do ALL this while in HANDCUFFS behind my BACK on the Ground AND in Full restraints, I WAS punched, kneed, kicked, elbowed in face, back, Ribs, Legs, Between Legs private AREA, then handcuffs were on As tight As possible Defendants stepped on cuffs on my wrist, HANDCUFFS stayed on for hours |
| When did it happen to you? | it happened on 6-4-24 between 11:30 AM to 2:00PM |
| Where did it happen to you? | ON GRAY UNIT Recreation YARD, GRAY UNIT HALLWAY, Lower RED MEDICAL ROOM ALL AT MAURY CORRECTIONAL |

What was your injury?

SpLit Laceration to Lip "Lower", Broken tooth, swelling, Bruising on left side of fore head, swelling, Bruising to Left eye, swelling Dislocated Fingers Possibly Fracture, Crooked finger, Cuts Lacerations on wrist which end up BAD SCARS on wrist, wrist Cuts was infected Later, my private Area was swolling which caused urine problems, Bruising on elbows, shoulders, knees, Back swelling Bruising, Neck Bruising, Legs Bruising, ALL injurys were Recorded on Camera After effects on 6-6-24, 6-7-24 in Suicide watch Cell, I suffered emotional Distress, Nightmares, PTSD, I suffered Trauma and emotional Breakdown I substained damage to my head and Brain, I suffered damages to the ligature And surrounding tissues of both the Fourth And fifth lumbar vertebrae Also A tear in the "Annulus fibrosis" itself, the tissues Continue to worsen Also my left hand I Cant feel my Nerves

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I am praying to the Court to seek twenty five thousand Dallars (25,000$) in Punitive Damages from Defendant Domanick Smith in his official and Individual Capacity, I Also seek a "TRO" from Defendant Domanick Smith, I seek twenty five thousand Dallars (25,000$) from Defendant Stephen Forville in Both Capacitys, Also a "TRO" on him, I seek 10,000$ ten thousand Dallars from both Defendants for Compensatory damages, I seek 500$ in nominal Damages from both Defendants, I seek from Court Injunctive relief from Defendants to Change policy to not use excessive force when inmates are in Handcuffs to not use force thats to extreme unless neccasary, I seek from 3rd Defendant Co Holder Punitive Damages in amount of twenty thousand Dallars (20,000$) in his official and Induvidual Capacity, I Also seek to sue Captain Hackney for failure to intervene to prevent and had knowledge to stop the misuse of force therefore I seek (50,000$) in Punitive Damages from "Hackney" I seek 25,000$ in Compensatory Damages [illegible] Capacitys, I also pray sue Defendant Hutchinson for failure to supervise and intervene the Defendants Actions of misuse of force he also had knowledge, therefore seek in Both Capacitys 50,000$ in Punitive Damages and 25,000$ in Compensatory Damages, The Actions by Defendants were cruel and unusual

# VII. Relief

ALL DefenDAnts Actions Are Contstituted Cruel AND unusual Punishment, in Violation of the Eighth Amendment of the united States Constitution, The Actions of the DefenDants, smith, Fonville, Holder, Hackney, Hutchinson in using or Knowing of physical force, were done maliciously, without provocation Constituted the tort of Assault AnD Battery under the LAW of "NC", DefenDant Hackney AnD Hutchinson were AnD Are supervisors they Knew that there was A Substatial Risk that I would be seriously harmed, They Failed to respond resonably to protect me

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? 2

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

IC File No. TA031893, Industrial Commission Claim, plaintiff vs. NCDOAC of Public Safety, Defendants, Captain Martin, Smith, Parrish, Barnes, Bancroft, Stal, Medical Claim Still (Pending)

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

10-9-24
Dated

[signature]
Plaintiff's Signature

Larry Junior Merits
Printed Name

126205
Prison Identification #

Po Box 506 — Maury — NC — 28854
Prison Address — City — State — Zip Code