UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: NO. 5:24-CT-3259-BO

| | |
|---|---|
| LARRY JUNIOR MERIS,<br><br>Plaintiff,<br><br>v.<br><br>DOMANICK SMITH, *et al.*,<br>Defendants. | **PLACEHOLDER FOR EXHIBIT G** |

Placeholder for Exhibit G, handheld video of the cell extraction, proposed to be manually filed.