UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CT-03259-BO

| | |
|---|---|
| LARRY JUNIOR MERIS<br>Plaintiff,<br><br>v.<br><br>DOMANICK SMITH, et al.,<br>Defendants. | **DEFENDANTS' RESPONSE TO COURT'S ORDER [DE 40]** |

NOW COME, Defendants Domanick Smith, Stephen Fonville, and Delmar Holder by and through counsel, and provide this response to the Court's order filed at DE-40.

Previously, the Court entered an order directing Defendants to make arrangements for Plaintiff to view any videos relevant to this action. DE-33. Defendants complied with the order, and Plaintiff was allowed to view the available and relevant video footage. DE-36. Then, Plaintiff submitted a letter to the Court asking for an order to "produce the outside Gray Unit Recreational Yard break footage on the date of the incident." DE-37. The Court then entered an order requiring Defendants to state whether such video footage exists. DE-40.

In compliance with the order, Undersigned Counsel reached out to Maury Correctional Institution to request such footage. Undersigned Counsel was informed that the only video footage preserved from the June 4, 2024 cell extraction of Plaintiff

was the handheld camera videos, which Plaintiff has already viewed.

NCDAC does not maintain surveillance video footage indefinitely. Instead, existing video footage is automatically overwritten to make room for new video footage. The specific video footage from "outside Gray Unit Recreational Yard" was not preserved. Therefore, since the requested video footage was automatically overwritten during the normal course of business, it is not available for production or viewing.

In conclusion, Plaintiff has viewed all of the relevant and available video footage.

This the 23rd day of December, 2025.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/Zachary A. Smith
Zachary A. Smith
Assistant Attorney General
N.C. State Bar No. 61116
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6529
Facsimile: (919) 716-6761
zsmith@ncdoj.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that I will cause the foregoing document to be served on Plaintiff, a non-CM/ECF participant, by U.S. Mail, postage prepaid, addressed as follows:

Larry Junior Meris
1260205
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681

This the 23rd day of December, 2025.

/s/Zachary A. Smith
Zachary A. Smith
Assistant Attorney General