In The United States District Court
Eastern District of North Carolina
Western Division
No. 5:24-CT-3259-BO

Larry J. Meris
Plaintiff

VS.

Smith ET. Al.

Motion in limine

FILED

FEB 13 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Now comes The plaintiff Larry J. Meris by and Through Pro se to submit This motion in limine.

On Dec, 10th, 2025 The defendants in The above captioned case filed for Summary Judgment. All Throught Their motion, The defendants use plaintiff's Criminal histories and prison infraction history in an attempt to justify The amount of force they used to harm the plaintiff. This is a clear violation in The federal Rules of civil procedures. plaintiff Criminal background, and infraction history is irrelevant to The incident that occured on 6-4-24. The defendants now seek to damage The plaintiff's Character to the court to win Summary Judgmen For These reasons The defendants motion for Summary Judgment should be dismisse

DATE
X 2-8-26

X Larry Meris
Larry J. Meris