**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**No. 5:24-ct-03259-BO**

| | |
|---|---|
| **LARRY JUNIOR MERIS,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DOMANICK SMITH, et al.,**<br>**Defendants.** | **NOTICE OF APPEARANCE FOR THE LIMITED PURPOSE OF REPRESENTATION AT SETTLEMENT CONFERENCE** |

On August 19, 2026, the Court appointed North Carolina Prisoner Legal Services, Inc., ("NCPLS") to represent plaintiff at a court-hosted settlement conference. D.E. 61. NOW COMES Sunny Khan Frothingham, Staff Attorney with NCPLS, who hereby enters a Notice of Appearance for the limited purpose of representing Plaintiff at the court-hosted settlement conference.

Respectfully submitted this 24th day of August, 2026.

/s/ Sunny Khan Frothingham
Sunny Khan Frothingham
N.C. Bar No. 62367
N.C. Prisoner Legal Services
Post Office Box 25397
Raleigh, NC 27611
(919) 856-2258
(919) 856-2223 (Fax)
sfrothingham@ncpls.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I also hereby certify that on August 24, 2026, a copy of the foregoing was mailed to following individual:

**Mr. Larry Junior Meris, OPUS#: 1260205**
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681

/s/ Sunny Khan Frothingham
Sunny Khan Frothingham