IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:24-CT-03259-BO

| | | |
|---|---|---|
| LARRY JUNIOR MERIS,<br>Plaintiff,<br><br>v.<br><br>DOMANICK SMITH, *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>(Settlement Conference) |

**TO: Ben Anderson**
**Alexander Correctional Institution**
**633 Old Landfill Road**
**Taylorsville, NC 28681**
**Telephone: (828) 848-5300**

We command that you produce the body of Larry Junior Meris, OPUS No. 1260205, currently being held in custody at the Alexander Correctional Institution located at 633 Old Landfill Road, Taylorsville, NC 28681, and deliver him to Courtroom 2 of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, for the purpose of appearing at the Settlement Conference in the case of *Larry Junior Meris v. Domanick Smith, et al.;* File Number: 5:24-CT-03259-BO. The Settlement Conference is set to begin at 9:30 a.m. on October 19, 2026, before the Hon. Robert B. Jones Jr., U. S. Magistrate Judge.

The authorities of the North Carolina Department of Adult Correction are directed to deliver the prisoner to the U. S. Federal Courthouse by 9:00 a.m., **and that when the prisoner has served his purpose and is released by the court, return him to the**

**appropriate prison facility.** Said prisoner shall remain in the custody of the State of North Carolina at all times unless otherwise ordered by the Court.

SO ORDERED this the 6 day of October, 2026.

Robert B. Jones Jr.
United States Magistrate Judge

Copies provided to:
Jadae Bridges, *Counsel for Defendants*
Sunny Frothingham, *Counsel for Plaintiff*
Lauren Nord, *DAC Writ Office*
*SVC.DAC_Writ_Office@dac.nc.gov*
Raleigh U.S. Marshals Service