**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**No. 5:24-ct-03259-BO**

| | |
|---|---|
| **LARRY JUNIOR MERIS,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DOMANICK SMITH, et al.,**<br>**Defendants.** | **NCPLS RESPONSE TO SETTLEMENT APPOINTMENT ORDER** |

In response to the Court's order and pursuant to Standing Order 21-SO-11, NCPLS has assisted the plaintiff by representing him for the purpose of a court-hosted settlement conference, which was held on October 19, 2026. DE 61, 63, 66. North Carolina Prisoner Legal Services, Inc. will not provide further representation to Plaintiff in this action.

Respectfully submitted this 26th day of October, 2026.

/s/ *Sunny Khan Frothingham*
Sunny Khan Frothingham
N.C. Bar No. 62367
N.C. Prisoner Legal Services, Inc.
P.O. Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
sfrothingham@ncpls.org

*Settlement Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties. I also hereby certify that on October 26, 2026, I mailed a copy of the foregoing to the following person:

**Mr. Larry Junior Meris, OPUS#: 1260205**
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681

/s/ *Sunny Khan Frothingham*
Sunny Khan Frothingham